UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

TOMASA TINO REYNOSO DE LUIS,      )
                                  )
              Petitioner,         )
                                  )
       v.                         )      Case No. 2:25-cv-921
                                  )
DONALD J. TRUMP, IN HIS           )
OFFICIAL CAPACITY AS PRESIDENT    )
OF THE UNITED STATES; PATRICIA    )
HYDE, IN HER OFFICIAL CAPACITY    )
AS ACTING BOSTON FIELD OFFICE     )
DIRECTOR, IMMIGRATION AND         )
REMOVAL OPERATIONS; DAVID W.      )
JOHNSTON, DIRECTOR OF THE         )
VERMONT SUB-OFFICE OF THE         )
BOSTON FIELD OFFICE FOR U.S.      )
IMMIGRATION AND CUSTOMS           )
ENFORCEMENT; TODD M. LYONS, IN    )
HIS OFFICIAL CAPACITY AS          )
ACTING DIRECTOR, U.S.             )
IMMIGRATION AND CUSTOMS           )
ENFORCEMENT; PETE R. FLORES,      )
IN HIS OFFICIAL CAPACITY AS       )
ACTING COMMISSIONER FOR U.S.      )
CUSTOMS AND BORDER                )
PROTECTIONS; KRISTI NOEM, IN      )
HER OFFICIAL CAPACITY AS          )
SECRETARY OF THE UNITED STATES    )
DEPARTMENT OF HOMELAND            )
SECURITY; MARCO RUBIO, IN HIS     )
OFFICIAL CAPACITY AS SECRETARY    )
OF STATE; PAMELA BONDI, IN HER    )
OFFICIAL CAPACITY AS U.S.         )
ATTORNEY GENERAL; JONATHAN        )
TUREK, SUPERINTENDENT,            )
CHITTENDEN REGIONAL               )
CORRECTIONAL FACILITY,            )
                                  )
              Respondents.        )

## ORDER

The Court issued an Opinion and Order on December 30, 2025. ECF No. 11.  Since that time, the Court has not received any status updates or notices from the parties.  The Court therefore ORDERS that by Friday, July 24, 2026, the parties shall either: (1) submit a joint stipulation of dismissal; or (2) submit a joint status report informing the Court of the nature of any remaining issues that need to be adjudicated.

DATED at Burlington, in the District of Vermont, this 13th day of July 2026.

/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge